B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Alabama

In re: Inland Salvage, Inc.
Debtor(s)

Case No. 14-02189
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Caillou Island Towing, Inc.<br>P.O. Drawer 2568<br>Houma, LA 70361 | Caillou Island Towing, Inc.<br>P.O. Drawer 2568<br>Houma, LA 70361 | | | 54,150.82 |
| Canal Barge<br>P.O. Box 62666<br>New Orleans, LA 70162 | Canal Barge<br>P.O. Box 62666<br>New Orleans, LA 70162 | | | 25,590.75 |
| Coral Marine Services<br>P.O. Box 3561<br>Morgan City, LA 70381 | Coral Marine Services<br>P.O. Box 3561<br>Morgan City, LA 70381 | | | 59,194.14 |
| Esco Marine Inc.<br>16200 Joe G Garza Sr Rd<br>Brownsville, TX 78521 | Esco Marine Inc.<br>16200 Joe G Garza Sr Rd<br>Brownsville, TX 78521 | | | 116,229.09 |
| Excell Marine Corp<br>P.O. Box 175961<br>Fort Mitchell, KY 41017 | Excell Marine Corp<br>P.O. Box 175961<br>Fort Mitchell, KY 41017 | | | 17,700.00 |
| F.A. Richard & Associates, Inc.<br>Loss Fund on behalf of ALMA<br>1625 West Causeway Approach<br>Mandeville, LA 70471 | F.A. Richard & Associates, Inc.<br>Loss Fund on behalf of ALMA<br>1625 West Causeway Approach<br>Mandeville, LA 70471 | | | 11,390.18 |
| First Bank & Trust<br>2316 Manhattan Blvd.<br>Harvey, LA 70058 | First Bank & Trust<br>2316 Manhattan Blvd.<br>Harvey, LA 70058 | | | 39,597.99 |
| Greenwood Marine Management, Inc.<br>P.O. Box 505<br>Morgan City, LA 70381 | Greenwood Marine Management, Inc.<br>P.O. Box 505<br>Morgan City, LA 70381 | | | 23,987.00 |
| Integro Insurance Brokers<br>General Post Office<br>P.O. Box 30639<br>New York, NY 10087-0639 | Integro Insurance Brokers<br>General Post Office<br>P.O. Box 30639<br>New York, NY 10087-0639 | | | 328,442.59 |
| John W Stone Oil<br>Dept. 322<br>P.O. Box 4869<br>Houston, TX 77210-4869 | John W Stone Oil<br>Dept. 322<br>P.O. Box 4869<br>Houston, TX 77210-4869 | | | 19,022.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Inland Salvage, Inc.  
Debtor(s)

Case No. 14-02189

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Matthews Marine, Inc. P.O. Box 178 Pass Christian, MS 39571 | Matthews Marine, Inc. P.O. Box 178 Pass Christian, MS 39571 | | | 26,452.75 |
| New Orleans Saints Attn: Suite Department 5800 Airline Drive Metairie, LA 70003 | New Orleans Saints Attn: Suite Department 5800 Airline Drive Metairie, LA 70003 | | | 55,324.92 |
| Numa C. Hero & Son 428 Planters Canal Road Belle Chasse, LA 70037 | Numa C. Hero & Son 428 Planters Canal Road Belle Chasse, LA 70037 | | | 47,840.29 |
| Offshore Marine Contractors, Inc. 133 West 113th Street Cut Off, LA 70345 | Offshore Marine Contractors, Inc. 133 West 113th Street Cut Off, LA 70345 | | | 358,525.07 |
| Ohio River Salvage 4900 Grand Ave. Pittsburgh, PA 15225 | Ohio River Salvage 4900 Grand Ave. Pittsburgh, PA 15225 | | | 655,230.55 |
| Rasmussen Equipment Company, Inc, P.O. Box 81206 Seattle, WA 98108 | Rasmussen Equipment Company, Inc, P.O. Box 81206 Seattle, WA 98108 | | | 64,800.00 |
| Smith Maritime, Inc. P.O. Box 188 Green Cove Springs, FL 32043 | Smith Maritime, Inc. P.O. Box 188 Green Cove Springs, FL 32043 | | | 375,000.00 |
| Titan Marine LLC 700 NW 33rd Street Suite 290 Pompano Beach, FL 33064 | Titan Marine LLC 700 NW 33rd Street Suite 290 Pompano Beach, FL 33064 | | | 1,175,119.57 |
| United Tugs, Inc. P.O. Box 342 Harvey, LA 70059 | United Tugs, Inc. P.O. Box 342 Harvey, LA 70059 | | | 82,938.34 |
| W C Fore Trucking Inc. P.O. Box 3058 Gulfport, MS 39505 | W C Fore Trucking Inc. P.O. Box 3058 Gulfport, MS 39505 | | | 280,935.57 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re Inland Salvage, Inc.

Debtor(s)

Case No. 14-02189

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date July 8, 2014

Signature /s/ Eli M. Zatezalo
Eli M. Zatezalo
Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy